IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAVAN KUMAR PUTCHA AND<br>SREERAMA SOUMYA KURELLA<br><br>    *Plaintiffs,*<br><br>VS.<br><br>ALELANDRO MAJORKAS, Secretary of the<br>United States Department of Homeland Security,<br>United States Citizenship and Immigration<br>Services; UR JADDOU, Director of the United<br>States Department of Homeland Security, United<br>States Citizenship and Immigration Services;<br>AND LISA KEHL, Dallas District Director of the<br>United States Citizenship and Immigration<br>Services<br><br>    *Defendants.* | §§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 1:24-CV-00434<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER GRANTING AGREED MOTION TO STAY

Before the Court is Defendants' Agreed Motion for Stay. [Dkt. 7]. Plaintiffs filed the instant case on or about October 28, 2024 [Dkt. 1], making Defendants' answer date January 3, 2025. Defendants advise that Plaintiffs' I-290B Notices of Appeal or Motion were granted and their I-485's were reopened by Defendants on or about December 12, 2024. Defendants' actions on Plaintiffs' filings are ongoing. Defendants file this agreed motion requesting a six-month stay of this action in the interest of judicial economy and to save litigation costs if the matter can be resolved by the Parties. After considering Defendants' agreed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Defendants' Agreed Motion for Stay [Dkt. 7] is **GRANTED**. This matter is **STAYED** until August 1, 2025, at which time the Parties are **ORDERED** to file a Joint Status Report regarding the status of disposition of Plaintiffs' immigration filings.

**SIGNED this 8th day of January, 2025.**

_____
Michael J. Truncale
United States District Judge