IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PAVAN KUMAR PUTCHA AND SREERAMA SOUMYA KURELLA § § § *Plaintiffs,* § § VS. § § ALELANDRO MAJORKAS, Secretary of the § United States Department of Homeland § Security, United States Citizenship and § Immigration Services; UR JADDOU, Director § of the United States Department of Homeland § Security, United States Citizenship and § Immigration Services; AND LISA KEHL, § Dallas District Director of the United States § Citizenship and Immigration Services § § *Defendants.* § § | CIVIL ACTION NO. 1:24-CV-00434 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiffs' Motion to Voluntarily Dismiss. [Dkt. 9]. Plaintiffs advise the Court that all issues in this matter have been resolved and they now voluntarily dismiss this case with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED** and all other pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 2nd day of August, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge